CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: 415-436-7200
   Facsimile: 415-436-6748
   William.Skewes-Cox@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IMMIGRANT LEGAL RESOURCE CENTER
AND LEGAL SERVICES FOR CHILDREN,
INC.,

          Plaintiffs,

     v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

          Defendant.

No. 3:26-cv-01583-AGT

**STIPULATION TO EXTEND BRIEFING
SCHEDULE AND CASE MANAGEMENT
SCHEDULE**

Having met and conferred, the parties have agreed to extend by thirty (30) days: (1) the deadline for Defendant to file the answer to the complaint and (2) the case management deadlines. *See* Dkt. Nos. 11-12. According to this proposed schedule, Defendant's answer is due 5/20/2026 and the case management schedule will conform to the following dates:

| Case Management Event | Deadline |
|---|---|
| Deadline to file ADR Certification.<br>(See ADR L.R. 3) | 6/8/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan.<br>(See F.R. Civ. P. 26(f)) | 6/8/2026 |
| Deadline to make initial disclosures.<br>(See F.R. Civ. P. 26(a)(1)) | 6/22/2026 |
| Deadline to file Joint Case Management Statement.<br>(See Standing Order for All Judges of the Northern District of California) | 6/22/2026 |
| Initial Case Management Conference location: **To be held by Zoom. Go to cand.uscourts.gov/agt for Zoom link.** | 6/26/2026 at 2:00 PM; or as the Court's schedule permits |

Defendant seeks these extensions due to the ongoing Department of Homeland Security "shutdown," which has caused Defendant to no longer process Freedom of Information Act requests except under circumstances not applicable in the instant case. Plaintiffs consent to these extensions

Accordingly, the parties respectfully propose that the Court set the above-described briefing schedule and case management schedule.

Dated: April 6, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney

*Attorneys for Defendant*

*/s/ Nicholas Soares*
NICHOLAS SOARES (admitted *pro hac vice*)
Terris, Pravlik & Millian, LLP

*Attorney for Plaintiffs*

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, William Skewes-Cox, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ William Skewes-Cox*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the briefing schedule and case management schedule proposed by the parties is adopted.

IT IS SO ORDERED.

DATED:  April 13, 2026

_____
HON. ALEX G. TSE
United States Magistrate Judge

STIPULATION TO EXTEND
No. 3:26-cv-01583-AGT